ORIGINAL

FILED
JUL 31 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| A.A.B JOINT VENTURE<br>P.O. Box 37<br>Rosh Ha'Aiyn<br>68100 Israel,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No: 08-552 C |

**RCFC 40.2 NOTICE OF DIRECTLY-RELATED CASES**

COMES NOW, Plaintiff A.A.B Joint Venture, by its undersigned attorneys, and pursuant to RCFC 40.2(a)(1), does hereby file this Notice of Directly-Related Cases, and states as follows:

1. Title & Number of Related Cases: This new action is directly-related to the following identified cases, each of which is pending before the Honorable Chief Judge Edward J. Damich, and styled as:

i. A.A.B Joint Venture v. United States of America, COFC Case No. 04-1719 C, consolidated with 05-114 C, 05-1172 C and 06-49 C.

ii. A.A.B Joint Venture v. United States of America, COFC Case No. 04-1792 C, filed on December 21, 2004.

2. Brief Statement of Relationship: All three actions (including this new action) involve the same parties, the same contract and the same project. Rule 40.2(a)(1)(B).

3. Judicial Economy of Assigning or Consolidating Cases Statement: Assignment to a single judge would conserve both judicial resources and promote an efficient determination of the actions. This is supported by the fact that all of the cases involve the same contract and the same parties.

Both parties had over two years to conduct any necessary discovery on the new action.. Therefore, the new action should be consolidated with Case No. 04-1719 C as long as the consolidation does not delay the resolution of Case No. 04-1719 C. Should the Court conclude that consolidation would delay the disposition of Case No. 04-1719 C plaintiff believes that judicial economy would be best served by staying the new action, pending resolution of Case No. 04-1719 C.

Respectfully submitted,

Dated: July 31, 2008

Brian Cohen
BELL, BOYD & LLOYD, PLLC
1615 L Street, NW
Suite 1200
Washington, D.C. 20036
(202) 466-6300
Attorney for Appellant

Of Counsel:

Philip C. Jones, Esq.
BELL, BOYD & LLOYD, PLLC
1615 L Street, NW
Suite 1200
Washington, D.C. 20036
(202) 466-6300

# CERTIFICATE OF SERVICE

THE UNDERSIGNED DOES HEREBY CERTIFY that a copy of the foregoing Notice of Directly-Related Cases, was mailed via first-class, U.S. Mail, postage pre-paid this 31st day of July, 2008, upon:

Shalom Brilliant, Esq.
Senior Trial Counsel
Commercial Litigation Branch Civil Division
United States Department of Justice
Attention: Classification Unit
8th Floor, 1100 L Street, NW
Washington, DC 20530

Brian Cohen